IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | |
|---|---|
| ANTHONY MANDES | : CIVIL ACTION |
| | : |
| v. | : NO. 18-3225 |
| | : |
| NANCY A. BERRYHILL | : |

## ORDER

**AND NOW**, this 23rd day of September, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response thereto, and Plaintiff's reply, as well as the record therein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, and upon review of Plaintiff's objections, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**; and

3. The Clerk of Court shall close this matter.


BY THE COURT:


**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.